1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JERRY W. BAKER,

11           Plaintiff,                    No. 2:12-cv-0551 MCE DAD P

12      vs.

13   SOLANO COUNTY JAIL et al.,

14           Defendants.              ORDER

15   _____/

16           Plaintiff is a former county inmate proceeding pro se.  Plaintiff seeks relief

17   pursuant to 42 U.S.C. § 1983 and has filed an application to proceed in forma pauperis under 28

18   U.S.C. § 1915.

19           Ordinarily, a prisoner-plaintiff is permitted to file a civil action in federal court

20   without prepayment of fees if he alleges in an affidavit that he is unable to pay such fees.  See 28

21   U.S.C. § 1915(a).  However, here, plaintiff has informed the court by way of a notice of change

22   of address that he is no longer incarcerated.  For the court to assess whether plaintiff is entitled to

23   proceed in forma pauperis, he must apply to proceed in forma pauperis under the general

24   provisions of 28 U.S.C. § 1915(a)(1).  Accordingly, the court will provide plaintiff with an

25   opportunity to submit a non-prisoner affidavit in support of his request to proceed in forma

26   pauperis or the required filing fee ($350.00).

1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  Within thirty days from the date of service of this order, plaintiff shall submit a

3  non-prisoner affidavit in support of his request to proceed in forma pauperis or the required filing

4  fee ($350.00).  Plaintiff is cautioned that failure to comply with this order or seek an extension of

5  time to do so will result in a recommendation that this action be dismissed without prejudice; and

6         2.  The Clerk of the Court is directed to send plaintiff a copy of the non-prisoner

7  in forma pauperis form used by this district.

8  DATED: July 5, 2012.

9

10

11  DAD:9
bake0551.ifp

12

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26