IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

        Plaintiff,                  No. 2:12-cv-0551 MCE DAD P

    vs.

SOLANO COUNTY JAIL et al.,

        Defendants.           FINDINGS AND RECOMMENDATIONS

                                /

        By an order filed July 6, 2012, plaintiff was ordered to file a non-prisoner affidavit in support of his request to proceed in forma pauperis or the required filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a non-prisoner affidavit or paid the appropriate filing fee.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate

1

1  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

2  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.

3  Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

4  DATED: August 20, 2012.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:9
   bake0551.fifp